IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALISON WHITE, *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:21-CV-2255-TWT-JSA |
| INNOVATIVE WOMEN'S HEALTHCARE : | |
| SOLUTIONS and MICHAEL THRASHER, : | |
| individually, : | |
| : | |
| Defendants. : | |

## **O R D E R**

The Court has been informed that the parties have settled this case and that the settlement involves an extended payment plan period of four months. Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. To allow for the four-month period of performance, along with an additional 30-day period to prepare and execute the settlement papers, the Court provides that the case will remain administratively closed for a total of five months. During that time, the parties may request that the case be re-opened for purposes of enforcing the settlement in the event of a breach.

The parties are otherwise **ORDERED** to file appropriate dismissal documents after all settlement terms have been satisfied. In the absence of such a filing or further order, however, the case will be considered to be **DISMISSED WITH**

**PREJUDICE** after five months, unless this time period is extended by further order of the Court.

    **IT IS SO ORDERED** this 13th day of October, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE